UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERALD HICKOX, )
    Plaintiff, )
) No. 1:09-cv-343
-v- )
) HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY, )
    Defendant. )
)

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant Commissioner of Social Security and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 30, 2011            /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge