UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERALD HICKOX,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:09-cv-343<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having affirmed the Commissioner's decision, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendant Commissioner of Social Security and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   November 30, 2011                              /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge